**CARRIAGE HOUSE WEST II ASSOCIATES, LP, Carriage House West III Associates, LP, Emory Grove, L.P., Glenarden, L.P., Daniel M. Lyons, Lester M. Lewis, Charlotte K. Leris, Samuel J. Gorlitz, Grace K. Gorlitz, Betty C. Lyons Living Trust, United Company, L.P., Carriage House of Mishawaka Associates I LP, Carriage House of Elkhart Associates, LP, Carriage House West I Associates, LP, Plaintiffs–Appellants.**

v.

**UNITED STATES, Defendant–Appellee.**

Nos. 2013–5132, 2013–5133, 2013–5135, 2013–5137, 2013–5138, 2013–5140, 2013–5141, 2013–5143.

United States Court of Appeals, Federal Circuit.

April 11, 2016.

Harry James Kelley, III, Nixon Peabody, LLP, Washington, DC, argued for plaintiffs-appellants.

Kenneth Dintzer, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Franklin E. White, Jr., Kenneth David Woodrow, Anna Bondurant Eley.

LOURIE, MOORE, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**